FILED
CLERK, U.S. DISTRICT COURT

July 31, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| OEM PACIFIC, INC., | ) Case No. 2:17-cv-02143-SJO-AJW |
|     Plaintiff, | ) |
| | ) **ORDER DISMISSING ACTION** |
|     vs. | ) **WITH PREJUDICE** |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1      IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation

2 to Dismiss Action with Prejudice and Federal Rule of Civil Procedure

3 41(a)(1)(A)(ii), this action shall be, and hereby is, dismiss with prejudice in its

4 entirety as to all claims and parties. Each party shall bear its own attorneys' fees

5 and costs.

6      IT IS SO ORDERED.

7 DATED: 7/31/18

8 _____

9 Hon. S. James Otero

10 JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE